UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INLINE PACKAGING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>GRAPHIC PACKAGING INTERNATIONAL, INC.<br><br>Defendant. | Case No.: 0:15-CV-03183<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Inline Packaging, LLC ("Plaintiff") makes the following disclosures:

1. Does Inline Packaging, LLC have a parent corporation?

   No.

2. Is 10% or more of the stock of Inline Packaging, LLC owned by a publicly-held corporation?

   No.

Date: August 13, 2015                     WINTHROP & WEINSTINE, P.A.


                                          By    *s/Justice Ericson Lindell*

                                          Robert R. Weinstine (#0115435)
                                          Justice Ericson Lindell (#0312071)
                                          225 South Sixth Street, Suite 3500
                                          Minneapolis, MN 55402-4629
                                          rweinstine@winthrop.com
                                          jlindell@winthrop.com
                                          T 612.604.6400 | F 612.604.6800

                                          *Attorneys for Plaintiff*
                                          *Inline Packaging, LLC*

10699724v1