**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| INLINE PACKAGING, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil No. 0:15-03183-ADM-LIB |
| | ) |
| vs. | ) |
| | ) **DEFENDANT'S MOTION TO** |
| GRAPHIC PACKAGING | ) **DISMISS COMPLAINT** |
| INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

Defendant Graphic Packaging International, Inc. ("Graphic"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1(c), hereby moves the Court for an Order dismissing the Complaint in its entirety.

In the Complaint, Plaintiff asserts five causes of action: tortious interference with prospective business relations (Count I); tortious interference with existing contractual relations (Count II); misappropriation of trade secrets under Minn. Stat. ¶ 325C.01 (Count III); maintenance or use of a monopoly under Minnesota Stat. § 325D.52 (Count IV); and monopolization in violation of the Section 2 of the Sherman Act (Count V). While Plaintiff attaches various pejorative and conclusory labels to describe the conduct it alleges Graphic has engaged in—such as "predatory," "unfair," and "sham"—Plaintiff does not allege any facts that support these labels or that would push its claims from the possible to the plausible. The mere formulaic recitation of claim elements is not sufficient to meet the pleading requirements of Rule 12. Rather, Plaintiff must set forth specific *facts,* and not conclusions, to articulate an actual claim. Plaintiff's failure to do

1

so with respect to each claim identified in the Complaint requires dismissal of the entire Complaint.

This motion is based upon the supporting memorandum of law filed herewith and all the files and proceedings in this case.

Date:  September 15, 2015                 Respectfully submitted,

                                          By:   s/Felicia J. Boyd
Felicia J. Boyd, MN #186168
**BARNES & THORNBURG LLP**
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 367-8729
Facsimile: (612) 333-6798
felicia.boyd@btlaw.com

David Hamilton (*admitted pro hac vice*)
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
250 West Pratt Street, Suite 1300
Baltimore, MD 21201
Telephone:  (410) 545-5850
Facsimile:  (410) 694-0871
david.hamilton@wcsr.com

Jason C. Hicks (*admitted pro hac vice*)
Amanda Norris Ames (*admitted pro hac vice*)
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
1200 Nineteenth Street, NW, Suite 500
Washington, DC 20036
Telephone:  (202) 467-6900
Facsimile:  (202) 467-6910
jahicks@wcsr.com
aames@wcsr.com

**ATTORNEYS FOR DEFENDANT GRAPHIC PACKAGING INTERNATIONAL, INC.**

MIDS01 740331v1