UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| INLINE PACKAGING, LLC | ) | Case No.: 15-CV-3183 ADM/LIB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INLINE PACKAGING, LLC'S** |
| | ) | **FOURTH MOTION TO** |
| GRAPHIC PACKAGING | ) | **COMPEL AND MOTION TO** |
| INTERNATIONAL, INC. | ) | **AMEND THE SCHEDULING** |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 26, 33, 34, and 37, Plaintiff Inline Packaging, LLC ("Inline"), hereby moves the Court for an Order compelling Graphic Packaging International, Inc. to:

1.      Provide complete document production for all outstanding discovery requests by March 31, 2017.

2.      Produce accurate and complete sales information responsive to Inline's Interrogatory No. 3 and reimburse Inline for expenses incurred as a result of Graphic's production of faulty data.

3.      Produce various documents that have been improperly withheld or redacted as privileged; and

4.      Provide a supplemental answer to Inline's Interrogatory No. 14.

Additionally, pursuant to Fed. R. Civ. P. 16, Inline hereby moves the Court for an Order Amending the existing Pretrial Scheduling Order in this matter.

Inline's Motion is based upon the file, record, and pleadings being served and filed concurrently herewith, and the arguments of counsel.

Date: March 15, 2017

WINTHROP & WEINSTINE, P.A.

*s/Brent A. Lorentz*
Robert R. Weinstine (#0115435)
Justice Ericson Lindell (#312071)
Brent A. Lorentz (#386865)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
T (612) 604-6400 | F (612) 604-6800
rweinstine@winthrop.com
jlindell@winthrop.com
blorentz@winthrop.com

*Attorneys for Plaintiff*

12863987v1