UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| INLINE PACKAGING, LLC | ) | Case No.: 15-CV-3183 ADM/LIB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **DECLARATION OF BRENT A. LORENTZ IN SUPPORT OF MEMORANDUM IN SUPPORT OF INLINE PACKAGING, LLC'S FOURTH MOTION TO COMPEL** |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | ) ) ) | |
| Defendant. | ) ) | |

I, Brent A. Lorentz, declare as follows:

1. I am an attorney with the law firm of Winthrop & Weinstine, P.A., attorneys of record in this matter for Plaintiff Inline Packaging, LLC ("Inline"). I am one of the attorneys personally responsible for handling this case. The facts stated herein are of my own personal knowledge (except where stated otherwise) and if called as a witness I could competently testify thereto.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Plaintiff's First Set of Discovery to Defendant (Interrogatories and Document Requests), dated March 25, 2016.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Plaintiff's Second Set of Discovery to Defendant (Interrogatories and Document Requests), dated April 22, 2016.

4. In the 38 weeks from June 22, 2016 through March 10, 2017, Graphic has produced 26,675 documents consisting of 162,033 pages. On March 2, 2016 Graphic

produced 211 documents consisting of 2,280 pages in the patent litigation. Thus, Graphic's total productions consist of 26,886 documents, comprised of 164,313 pages.

5. From July 5, 2016 through December 16, 2016, Inline produced 36,615 documents consisting of 97,123 pages.

6. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an August 29, 2016 letter to Jason Hicks from Brent Lorentz.

7. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an October 28, 2016 letter to Brent Lorentz from Jason Hicks.

8. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a December 12, 2016 letter to Jason Hicks from Brent Lorentz.

9. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a December 23, 2016 letter to Jason Hicks from Brent Lorentz.

10. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a January 4, 2017 e-mail string between Jason Hicks and Brent Lorentz.

11. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a January 25, 2017 e-mail to Jason Hicks from Brent Lorentz.

12. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a January 26, 2017 letter to Brent Lorentz from Jason Hicks.

13. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of an October 18, 2016 e-mail to Jason Hicks from Brent Lorentz.

14. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a December 1, 2016 letter to Jason Hicks from Brent Lorentz.

15. Attached hereto as Exhibit 12 is a true and correct copy of a January 26, 2017 letter to Brent Lorentz from Jason Hicks.

16. Attached hereto as Exhibit 13 is a true and correct copy of a February 10, 2017 letter to Jason Hicks from Brent Lorentz.

17. Attached hereto as Exhibit 14 is a true and correct copy of a February 24, 2017 letter to Jason Hicks from Brent Lorentz.

18. Attached hereto as Exhibit 15 is a true and correct copy of Graphic Packaging International, Inc.'s Objections and Responses to Inline Packaging, LLC's First Set of Discovery (Interrogatories and Document Requests), dated May 27, 2016.

19. On July 15, 2016, Defendant produced 554 documents which included fifteen (15) SAP spreadsheets for customers covering the years 2010-2016.

20. Attached hereto as Exhibit 16 is a true and correct copy of an August 23, 2016 letter to Jason Hicks from Justice Ericson Lindell.

21. On August 30, 2016, Defendant produced 1,543 documents which included three (3) additional SAP spreadsheets covering the years 2008-2009.  This spreadsheets do not indicate which products are susceptor and which products are paperboard.

22. On September 12, 2016, Defendant produced 1,927 documents which included nine (9) additional SAP spreadsheets covering the years 2008-2009.  Again, these spreadsheets do not indicate which products are susceptor and which products are paperboard.

23. Attached hereto as Exhibit 17 is a true and correct copy of an October 26, 2016 letter to Justice Ericson Lindell from Jason Hicks. *[filed under seal]*

24. Attached hereto as Exhibit 18 is a true and correct copy of Plaintiff's Fourth Set of Discovery, including Request for Admissions, dated November 11, 2016. *[filed under seal]*

25. Attached hereto as Exhibit 19 is a true and correct copy of Graphic Packaging International, Inc.'s Objections and Responses to Plaintiff's Fourth Set of Discovery, dated December 12, 2016.

26. Attached hereto as Exhibit 20 is a true and correct copy of a December 12, 2016 letter to Justice Ericson Lindell from Jason Hicks. *[filed under seal]*

27. Attached hereto as Exhibit 21 is a true and correct copy of a March 3, 2017 letter to Brent Lorentz from Jason Hicks.

28. Attached hereto as Exhibit 22 is a true and correct copy of Defendant's Initial Privilege Log, served December 15, 2016.

29. Attached hereto as Exhibit 23 is a true and correct copy of a January 12, 2017 letter to Jason Hicks from Brent Lorentz.

30. Attached hereto as Exhibit 24 is a true and correct copy of a January 20, 2017 letter to Brent Lorentz from Jason Hicks.

31. Attached hereto as Exhibit 25 is a true and correct copy of Defendant's Amended Privilege Log, served February 3, 2017.

32. Attached hereto as Exhibit 26 is a true and correct copy of Defendant's Second Privilege Log, served January 31, 2017.

33. Attached hereto as Exhibit 27 is a true and correct copy of a February 3, 2017 letter to Jason Hicks from Brent Lorentz.

34.     Attached hereto as <u>Exhibit 28</u> is a true and correct copy of a February 10, 2017 letter to Brent Lorentz from Amanda Norris Ames.

35.     Attached hereto as <u>Exhibit 29</u> is a true and correct copy of a February 15, 2017 letter to Jason Hicks from Brent Lorentz.

36.     Attached hereto as <u>Exhibit 30</u> is a true and correct copy of a January 31, 2017 letter to Jason Hicks from Brent Lorentz.

37.     Attached hereto as <u>Exhibit 31</u> is a true and correct copy of a November 21, 2016 letter to Brent Lorentz from Jason Hicks.

38.     Attached hereto as <u>Exhibit 32</u> is a true and correct copy of a November 23, 2016 letter to Jason Hicks from Brent Lorentz.

39.     Attached hereto as <u>Exhibit 33</u> is a true and correct copy of Defendant's Amended Objections and Responses to Interrogatories No. 12 and 13 and Request No. 87, dated January 31, 2017.

40.     Attached hereto as <u>Exhibit 34</u> is a true and correct copy of a demonstrative chart reflecting the work performed and attorney fees associated with the review and analysis of the faulty sales data produced by Defendant and the attorney fees associated with Plaintiff's efforts to obtain correct sales data from Defendant.

41.     Attached hereto as <u>Exhibit 35</u> is a true and copy of Inline Packaging, LLC's Rule 26(a)(1)(A) Initial Disclosures, dated April 15, 2016.

42.     Attached hereto as <u>Exhibit 36</u> is a true and correct copy Inline Packaging, LLC's Answers to Defendant's First Set of Interrogatories, dated July 5, 2016. *[filed under seal]*

43. Attached hereto as Exhibit 37 is a true and correct copy of Inline Packaging, LLC's Answers to Defendant's Second Set of Interrogatories and Request for Production, dated January 4, 2017. *[filed under seal]*

44. Attached hereto as Exhibit 38 is a true and correct copy of a Defendant's Second Revised Version of First Privilege Log, Revised Version of Second Privilege Log, and Third Privilege Log, served February 17, 2017.

45. Attached hereto as Exhibit 39 is a true and correct copy of a demonstrative chart depicting samples of redacted vs. unredacted documents produced by Defendant.

46. Attached hereto as Exhibit 40 is a true and correct copy of a February 23, 2006 e-mail to Pete Lokar, Barry Biddle, et al. from Eric Zoner, Bates numbered GPI_00149894. *[filed under seal]*

47. Attached hereto as Exhibit 41 is a true and correct copy of an April 2, 2013 e-mail string between Jeff Martinez, Lexi Haden, Barry Biddle, et al., Bates numbered GPI_00150454-459. *[filed under seal]*

48. Attached hereto as Exhibit 42 is a true and correct copy of a December 12, 2015 e-mail to Eric Zoner, Dan Keefe and Barry Biddle from Scott Middleton, Bates numbered GPI_00151807. *[filed under seal]*

49. Attached hereto as Exhibit 43 is a true and correct copy of a February 23, 2006 e-mail to Pete Lokar, Don Sturdivant and Barry Biddle from Eric Zoner, Bates numbered GPI_00151808. *[filed under seal]*

50. Attached hereto as Exhibit 44 is a true and correct copy of a March 14, 2005 document titled "Roxanne", Bates numbered GPI_00110536. *[filed under seal]*

51.     Attached hereto as <u>Exhibit 45</u> is a true and correct copy of a March 14, 2015 document titled "Roxanne", Bate numbered GPIPAT_00002229. *[filed under seal]*

52.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy of an October 3, 2005 facsimile cover sheet to Dan Keefe from Scott Middleton, Bates numbered GPI_00108627. *[filed under seal]*

53.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy of a March 21, 2005 memorandum titled "Roxanne", Bates numbered GPI_00110533-534. *[filed under seal]*

54.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy of a February 1, 2013 e-mail string between Michael Saul, Kevin Jannusch, Barry Biddle, et al., Bates numbered GPI_00127994-996. *[filed under seal]*

55.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a May 17, 2012 e-mail string between Barry Biddle, Scott Middleton, Kevin Jannusch, et al., Bates numbered GPI_00128084-087. *[filed under seal]*

56.     Attached hereto as <u>Exhibit 50</u> is a true and correct copy of a June 28, 2011 e-mail string between John Best, Kevin Jannusch, Barry Biddle, et al., Bates numbered GPI_00128148-149. *[filed under seal]*

57.     Attached hereto as <u>Exhibit 51</u> is a true and correct copy of a November 28, 2007 e-mail string between Scott Middleton, Barry Biddle Kevin Jannusch, et al., Bates numbered GPI_00128163. *[filed under seal]*

58. Attached hereto as <u>Exhibit 52</u> is a true and correct copy of a September 21, 2009 email string between Terry Lafferty, Jennifer Wulf, Barry Biddle, et al., Bates numbered GPI_00128178-193. *[filed under seal]*

59. Attached hereto as <u>Exhibit 53</u> is a true and correct copy of a July 23, 2012 e-mail string between Timothy Bohrer, Jeff Voyzey, Barry Biddle, et al., Bates numbered GPI_00131320-323. *[filed under seal]*

60. Attached hereto as <u>Exhibit 54</u> is a true and correct copy of a February 27, 2014 e-mail string between Barry Biddle, Tim Klisares, Jim Seefeldt, et al., Bates numbered GPI_00131545-550. *[filed under seal]*

61. Attached hereto as <u>Exhibit 55</u> is a true and correct copy of a March 17, 2012 e-mail string between Tim Klisares, Jim Seefeldt, Barry Biddle, et al., Bates numbered GPI_00132007. *[filed under seal]*

62. Attached hereto as <u>Exhibit 56</u> is a true and correct copy of a March 19, 2012 e-mail string between Tim Klisares, Jim Seefeldt, Barry Biddle, et al., Bates numbered GPI_00132012. *[filed under seal]*

63. Attached hereto as <u>Exhibit 57</u> is a true and correct copy of a May 6, 2015 e-mail string between Jim Seefeldt, Pete Lokar, Barry Biddle, et al., Bates numbered GPI_00132029-030. *[filed under seal]*

64. Attached hereto as <u>Exhibit 58</u> is a true and correct copy of a March 19, 2012 e-mail string between Jim Seefeldt, Pete Lokar, Barry Biddle, et al, Bates numbered GPI_00132141. *[filed under seal]*

65. Attached hereto as <u>Exhibit 59</u> is a true and correct copy of a September 5, 2013 e-mail string between William Sedlacek, Jeff Voyzey, Barry Biddle, et al., Bates numbered GPI_00133037-040. *[filed under seal]*

66. Attached hereto as <u>Exhibit 60</u> is a true and correct copy of a September 12, 205 e-mail string between don Sturdivant, Barry Biddle, Eric Zoner and Pete Lokar, Bates numbered GPI_00136137. *[filed under seal]*

67. Attached hereto as <u>Exhibit 61</u> is a true and correct copy of a November 26, 2005 e-mail string between Dan Keefe, Tim Manaige, Barry Biddle, et al, Bates numbered GPI_00136145-147. *[filed under seal]*

68. Attached hereto as <u>Exhibit 62</u> is a true and correct copy of a March 25, 2009 e-mail string between Bob Babich, Kevin Jannusch, Scott Middleton, et al., Bates numbered GPI_00149818-821. *[filed under seal]*

69. Attached hereto as <u>Exhibit 63</u> is a true and correct copy of a February 27, 2014 e-mail string between Jeff Voyzey, Jeff Martinez, Eric Zoner et al., Bates numbered GPI_00149840-842. *[filed under seal]*

70. Attached hereto as <u>Exhibit 64</u> is a true and correct copy of an April 16, 2012 e-mail string between Barry Biddle, Tim Klisares, Don Kapicak, et al., Bates numbered GPI_00149867-870. *[filed under seal]*

71. Attached hereto as <u>Exhibit 65</u> is a true and correct copy of a September 2, 2011 e-mail string between Jeff Martinez, Jim Seefeldt, Lexi Haden, et al., Bates numbered GPI_00149977. *[filed under seal]*

72. Attached hereto as <u>Exhibit 66</u> is a true and correct copy of a February 27, 2017 e-mail string between Jeff Voyzey, Jeff Martinez, Eric Zoner, et al., Bates numbered GPI_00150427-429. *[filed under seal]*

73. Attached hereto as <u>Exhibit 67</u> is a true and correct copy of a March 5, 2014 e-mail string between Jim Seefeldt, Tim Klisares, Mike Vance, et al., Bates numbered GPI_00150497-499. *[filed under seal]*

74. Attached hereto as <u>Exhibit 68</u> is a true and correct copy of a November 13, 2012 e-mail string between Jim Seefeldt, Jeff Martinez, Pete Lokar, et al, Bates numbered GPI_00150500-501. *[filed under seal]*

75. Attached hereto as <u>Exhibit 69</u> is a true and correct copy of an October 31, 2009 e-mail string between Dan Engelhard, Mike Vance, Mike Doss, et al., Bates numbered GPI_00150914-919. *[filed under seal]*

76. Attached hereto as <u>Exhibit 70</u> is a true and correct copy of a March 19, 2012 e-mail string between Jeff Voyzey, Eric Zoner, Barry Biddle, et al., Bates numbered GPI_00151762-763. *[filed under seal]*

77. Attached hereto as <u>Exhibit 71</u> is a true and correct copy of a March 17, 2012 e-mail string between Jeff Voyzey, Eric Zoner, Barry Biddle, et al, Bates numbered GPI_00151764. *[filed under seal]*

78. Attached hereto as <u>Exhibit 72</u> is a true and correct copy of an April 11, 2014 e-mail string between Jeff Voyzey, Eric Zoner and Barry Biddle, Bates numbered GPI_00151765-767. *[filed under seal]*

79.  Attached hereto as <u>Exhibit 73</u> is a true and correct copy of a February 2, 2005 e-mail string between John Best, Bob Spiller, Barry Biddle, et al., Bates numbered GPI_00152418-422. *[filed under seal]*

80.  Attached hereto as <u>Exhibit 74</u> is a true and correct copy of a February 26, 2006 e-mail string between Jeff Martinez, Tim Klisares, Jim Seefeldt, et al., Bates numbered GPI_00152435-438. *[filed under seal]*

81.  Attached hereto as <u>Exhibit 75</u> is a true and correct copy of a December 9, 2015 e-mail string between Chris Madison, Tom Reilly, Barry Biddle, et al., Bates numbered GPI_00152463-467. *[filed under seal]*

82.  Attached hereto as <u>Exhibit 76</u> is a true and correct copy of an April 10, 2015 e-mail string between Jeff Martinez, Jeff Voyzey, Jim Seefeldt, et al, Bates numbered GPI_00152475-478. *[filed under seal]*

83.  Attached hereto as <u>Exhibit 77</u> is a true and correct copy of a May 18, 2015 e-mail string between William Sedlacek, Barry Biddle, Jeff Voyzey, et al., Bates numbered GPI_00152493-498. *[filed under seal]*

84.  Attached hereto as <u>Exhibit 78</u> is a true and correct copy of a March 12, 2016 e-mail string between Barry Biddle, Jim Seefeldt, Kathryn Carlson, et al., Bates numbered GPI_00152513-514. *[filed under seal]*

85.  Attached hereto as <u>Exhibit 79</u> is a true and correct copy of a March 6, 2014 e-mail string between Barry Biddle, Tim Klisares, Jeff Martinez, et al., Bates numbered GPI_00152543-545. *[filed under seal]*

86. Attached hereto as <u>Exhibit 80</u> is a true and correct copy of a December 14, 2015 e-mail string between Barry Biddle, Scott Pellerin, Tom Reilly, et al., Bates numbered GPI_00152634-640. *[filed under seal]*

87. Attached hereto as <u>Exhibit 81</u> is a true and correct copy of a November 13, 2012 e-mail string between Pete Lokar, Tim Klisares, Jeff Martinez, et al., Bates numbered GPI_00159945-948. *[filed under seal]*

88. Attached hereto as <u>Exhibit 82</u> is a true and correct copy of an August 17, 2007 e-mail string between John Best, Pete Lokar, Bob Babich, et al., Bates numbered GPI_00160116-119. *[filed under seal]*

89. Attached hereto as <u>Exhibit 83</u> is a true and correct copy of a November 13, 2012 e-mail string between Pete Lokar, Tim Klisares, Jeff Martinez, et al., Bates numbered GPI_00160137-140. *[filed under seal]*

90. Attached hereto as <u>Exhibit 84</u> is a true and correct copy of an August 28, 2013 email string between Stephen Scherger, Raymond Gaffney, Pete Lokar, et al., Bates numbered GPI_00160342-343. *[filed under seal]*

91. Attached hereto as <u>Exhibit 85</u> is a true and correct copy of an October 31, 2011 e-mail string between Jim Seefeldt and William Sedlacek, Bates numbered GPI_00160694-695. *[filed under seal]*

92. Attached hereto as <u>Exhibit 86</u> is a true and correct copy of a November 6, 2015 e-mail string between Barry Biddle, Jeff Voyzey, Bill Sedlacek, et al., Bates numbered GPI_00136605-607. *[filed under seal]*

93. Attached hereto as <u>Exhibit 87</u> is a true and correct copy of an August 31, 2010 e-mail string between Roxane Stuber, Carla Bozeman and Tony Hancock, Bates numbered GPI_00105327-333. *[filed under seal]*

94. Attached hereto as <u>Exhibit 88</u> are true and correct copies of excerpts from the August 10, 2016 status conference hearing transcript.

95. Attached hereto as <u>Exhibit 89</u> is a true and correct copy of an August 17, 2016 letter to Jason Hicks from Brent Lorentz.

96. Attached hereto as <u>Exhibit 90</u> is a true and correct copy of a September 6, 2016 letter to Jason Hicks from Brent Lorentz.

97. Attached hereto as <u>Exhibit 91</u> is a true and correct copy of a November 3, 2016 letter to Jason Hicks from Brent Lorentz.

98. Attached hereto as <u>Exhibit 92</u> is a true and correct copy of a November 16, 2016 letter to Jason Hicks from Brent Lorentz.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of March, 2017, at Minneapolis, Minnesota.

*s/Brent A. Lorentz*
Brent A. Lorentz

13245073v1